### 3582. BREWTON v. THE STATE.

HILL, C. J. The evidence relied upon to support the verdict is slight and unsatisfactory, but it was enough to convince the jury and to meet the approval of the trial judge. This court can not interfere. As to proof of marriage, see *Miller* v. *State*, ante (72 S. E. 279).

*Judgment affirmed.*

DECIDED OCTOBER 10, 1911.

Accusation of adultery; from city court of Reidsville—Judge Collins. May 29, 1911.

*H. H. Elders,* for plaintiff in error.

*Robert E. De Loach, solicitor,* contra.